Exhibit 1

COPY

JUN 1 6 2020

CLERK OF THE SUPERIOR COURT
A. SUTTON
DEPUTY CLERK

Shorall McGoldrick Brinkmann
1232 east missouri avenue
phoenix, az 85014
602.230.5400
602.230.5432 (fax)

Tom Shorall Jr., #101456
Jason J. Boblick, #026507
Michelle J. Simpson, #020199
smb@smbattorneys.com
mjsimpson@smbattorneys.com
Attorneys for Plaintiff

Superior Court of Arizona

Maricopa County

No. CV2020-006946

| | |
|---|---|
| Terrina Picarello, | |
| Plaintiff, | **Complaint** |
| v. | **(Product Liability)** |
| Gold Sparrow, Inc.; UnbeatableSale.com, Inc.; Walmart, Inc., | Tier 3 |
| Defendants. | |

Plaintiff Terrina Picarello alleges the following:

**General Allegations**

1.    Plaintiff Terrina Picarello is a single woman who resides in Maricopa County.

2.    Defendant Gold Sparrow Inc. is a California corporation that does substantial business in Arizona, that placed the defective product at issue into the stream of commerce to Arizona, and that caused events at issue to occur in Arizona.

1

3.     Defendant UnbeatableSale.com Inc. is a New Jersey corporation that does substantial business in Arizona, that placed the defective product at issue into the stream of commerce to Arizona, and that caused events at issue to occur in Arizona.

4.     Defendant Walmart Inc. is a Delaware corporation that does substantial business in Arizona, that placed the defective product at issue into the stream of commerce to Arizona, and that caused events at issue to occur in Arizona.

5.     The purchase of the defective product and the injury-causing event complained of herein occurred in Maricopa County.

6.     The amount in controversy exceeds the minimum amount required for jurisdiction of this Court.

7.     This is a Tier 3 because it will involve expert scientific and medical testimony and because it involves substantial damages.

8.     On February 16, 2018, Terrina Picarello purchased two sets of Gold Sparrow Orion Stackable Dining Side Chairs off Walmart.com ("the Product").

9.     On June 25, 2018, Terrina was using one of the Products when it failed, with the chair back breaking nearly entirely free from the seat, resulting in injuries to her.

## Count One
### Strict Liability – All Defendants

10.    The Product was unreasonably dangerous in the manner that it was designed and manufactured, and because its warnings were inadequate and defective. These defects existed at the time that it left the various defendants' control.

11.    The Product's design and manufacture were unreasonably dangerous because it allowed for a dislocation of the Product's seat back when used in the usual and foreseeable manner.

12.    A reasonable consumer would not expect these dangers and defects. Specifically, a reasonable consumer would not expect a similar product to freely dislocate.

13.    The Product's warnings were inadequate because they failed to reasonably inform consumers of the risk of dislocation of the seat back.

14.    The Defendants are jointly and severally liable for the Product's defects.

15.    These defects caused Terrina's injuries.

## Count Two
### Negligence – All Defendants

16.    Defendants owed a duty of care to Terrina in designing, manufacturing, labeling, distributing, and selling the Product.

17.    Defendants breached these duties of care to Terrina.

18.    Defendants' breach of their respective duties of care caused Terrina's injuries.

19.    Defendants are each jointly and severally liable for those injuries.

3

### Count Three
### Res Ipsa Loquitor – All Defendants

20.    The injuries that the Product caused to Terrina are of the kind that ordinarily do not occur absent negligence.

21.    The device was in the Defendants' exclusive control until the time that it was delivered to Terrina.

22.    Terrina did not alter the Product in any manner, nor did she voluntarily act so as to cause her injuries.

23.    Terrina is not in a position to demonstrate the particular circumstances that caused the Product to cause her injuries.

24.    Hence, the Defendants are all jointly and severally liable for their negligence under the doctrine of *res ipsa loquitur*.

### Damages

25.    Defendants' conduct caused Terrina to suffer physical injuries for which she has and will continue to require medical treatment.

26.    Defendants' conduct caused Terrina to suffer, and will continue to cause her to suffer, physical and mental pain and suffering, and temporary and permanent disfigurement and scarring.

27.    Defendants' conduct caused Terrina to sustain a loss of earnings and will likely cause lost earnings in the future.

1

## Prayer

2

3

Plaintiff Terrina Picarello demands judgment against Defendants awarding her

4

general and special damages for her injuries, including her past and future medical care,

5

wage loss, and pain and suffering, and for her taxable costs.

6

Dated this June 16, 2020.

7

8

Shorall McGoldrick Brinkmann

9

By

10

Tom Shorall Jr.

11

Jason J. Boblick

Michelle J. Simpson

12

Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 2

# CONSENT TO REMOVAL

<u>Picarello v. Gold Sparrow, Inc.</u>, Arizona Superior Court,

Maricopa County, No. CV2020-006946

1.      I, Jay Jacobson, have been retained to represent the three defendants in this case:
Gold Sparrow, Inc.; UnbeatableSale.com; and Walmart, Inc.

2.      All three of these defendants consent to this case being transferred/removed from
the Arizona state court to federal court.


        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing
is true and correct.


        Executed on December 9, 2020.


                                        *Jay C. Jacobson*
                                        _____
                                        Jay Jacobson (No. 017288)

Exhibit 3

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2020-006946 | **Judge:** | Russell, Andrew |
| **File Date:** | 6/16/2020 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Terrina Picarello | Plaintiff | Female | Michelle Johnson |
| Gold Sparrow Inc | Defendant | | Pro Per |
| Unbeatablesale.Com Inc | Defendant | | Pro Per |
| Walmart Inc | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date |
|---|---|---|
| 11/12/2020 | AFM - Affidavit of Service Registered/Certified Mail | 11/16/2020 |
| **NOTE:** Affidavit of Service by Certified Mail / UnbeatableSale.com, Inc. | | |
| 11/12/2020 | ACS - Acceptance Of Service | 11/16/2020 |
| **NOTE:** ACCEPTANCE OF SERVICE OF THE COMPLAINT BY GOLD SPARROW, INC | | |
| 11/12/2020 | AFM - Affidavit of Service Registered/Certified Mail | 11/16/2020 |
| **NOTE:** Affidavit of Service by Certified Mail | | |
| 9/21/2020 | OXS - Order To Extend Time For Service | 9/21/2020 |
| **NOTE:** Order | | |
| 9/14/2020 | AFS - Affidavit Of Service | 9/17/2020 |
| **NOTE:** WALMART INC | | |
| 9/10/2020 | MXS - Motion To Extend Time For Service | 9/11/2020 |
| **NOTE:** Motion to Enlarge Time for Service | | |
| 6/16/2020 | COM - Complaint | 6/17/2020 |
| 6/16/2020 | CCN - Cert Arbitration - Not Subject | 6/17/2020 |
| 6/16/2020 | CSH - Coversheet | 6/17/2020 |
| 6/16/2020 | NJT - Not Demand For Jury Trials | 6/17/2020 |

## Case Calendar

**In the Superior Court of the State of Arizona**

**In and For the County of** MARICOPA

CV 2020 - 006946

Case Number _____

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney    Tom Shorall Jr., Jason Boblick
                        ~~Michelle J. Simpson~~
Attorney Bar Number  010456; 026507; 020199

Is Interpreter Needed?  ☐ Yes   ☒ No

If yes, what language(s);  _____

COPY

JUN 16 2020

CLERK OF THE SUPERIOR COURT
A SUTTON
DEPUTY CLERK

COURT SEAL

| Plaintiff's Name(s):  (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|
| Terrina Picarello | SHORALL McGOLDRICK BRINKMANN | 602-230-5412 | smb@smbattorneys.com |

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s):  (List All)
Gold Sparrow, Inc.; UnbeatableSale.com, Inc.; Walmart, Inc.

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an **"X"** next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $_____    ☐ Tier 1    ☐ Tier 2    ☒ Tier 3

## NATURE OF ACTION

Place an **"X"** next to the **one** case category that most accurately describes your primary case. **Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

## 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*
☐ 103 Wrongful Death*

Case No._____

## 110 TORT NON-MOTOR VEHICLE:

- [ ] 111 Negligence*
- [ ] 112 Product Liability – Asbestos*
- [ ] 112 Product Liability – Tobacco*
- [X] 112 Product Liability – Toxic/Other*
- [ ] 113 Intentional Tort*
- [ ] 114 Property Damage*
- [ ] 115 Legal Malpractice*
- [ ] 115 Malpractice – Other professional*
- [ ] 117 Premises Liability*
- [ ] 118 Slander/Libel/Defamation*
- [ ] 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

- [ ] 121 Physician M.D.*
- [ ] 123 Hospital*
- [ ] 122 Physician D.O*
- [ ] 124 Other*

## 130 & 197 CONTRACTS:

- [ ] 131 Account (Open or Stated)*
- [ ] 132 Promissory Note*
- [ ] 133 Foreclosure*
- [ ] 138 Buyer-Plaintiff*
- [ ] 139 Fraud*
- [ ] 134 Other Contract (i.e. Breach of Contract)*
- [ ] 135 Excess Proceeds-Sale*
- [ ] Construction Defects (Residential/Commercial)*
  - [ ] 136 Six to Nineteen Structures*
  - [ ] 137 Twenty or More Structures*
- [ ] 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- [ ] 156 Eminent Domain/Condemnation*
- [ ] 151 Eviction Actions (Forcible and Special Detainers)*
- [ ] 152 Change of Name
- [ ] 153 Transcript of Judgment
- [ ] 154 Foreign Judgment

- [ ] 158 Quiet Title*
- [ ] 160 Forfeiture*
- [ ] 175 Election Challenge
- [ ] 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- [ ] 180 Injunction against Workplace Harassment
- [ ] 181 Injunction against Harassment
- [ ] 182 Civil Penalty
- [ ] 186 Water Rights (Not General Stream Adjudication)*
- [ ] 187 Real Property *
- [ ] Special Action against Lower Courts
      (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 194 Immigration Enforcement Challenge
      (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- [ ] Administrative Review
      (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 150 Tax Appeal
      (All other tax matters must be filed in the AZ Tax
      Court)
- [ ] 155 Declaratory Judgment
- [ ] 157 Habeas Corpus
- [ ] 184 Landlord Tenant Dispute – Other*
- [ ] 190 Declaration of Factual Innocence (A.R.S. §12-771)
- [ ] 191 Declaration of Factual Improper Party Status
- [ ] 193 Vulnerable Adult (A.R.S. §46-451)*
- [ ] 165 Tribal Judgment
- [ ] 167 Structured Settlement (A.R.S. §12-2901)
- [ ] 169 Attorney Conservatorships (State Bar)
- [ ] 170 Unauthorized Practice of Law (State Bar)
- [ ] 171 Out-of-State Deposition for Foreign Jurisdiction
- [ ] 172 Secure Attendance of Prisoner
- [ ] 173 Assurance of Discontinuance
- [ ] 174 In-State Deposition for Foreign Jurisdiction
- [ ] 176 Eminent Domain– Light Rail Only*
- [ ] 177 Interpleader– Automobile Only*
- [ ] 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- [ ] 183 Employment Dispute- Discrimination*

Case No._____

☐ 185 Employment Dispute-Other*          ☐ 163 Other*

☐ 196 Verified Rule 45.2 Petition                    _____

☐ 195(a) Amendment of Marriage License              (Specify)

☐ 195(b) Amendment of Birth Certificate


### EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC    ☐ Election Challenge

☐ Employer Sanction    ☐ Other (Specify) _____


### COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

        https://www.superiorcourt.maricopa.gov/commercial-court/.


**Additional Plaintiff(s):**

_____

_____


**Additional Defendant(s):**

_____

_____

COPY

JUN 1 6 2020

CLERK OF THE SUPERIOR COURT
A. SUTTON
DEPUTY CLERK

Shorall McGoldrick Brinkmann
1232 east missouri avenue
phoenix, az 85014
602.230.5400
602.230.5432 (fax)

Tom Shorall Jr., #101456
Jason J. Boblick, #026507
Michelle J. Simpson, #020199
smb@smbattorneys.com
mjsimpson@smbattorneys.com
Attorneys for Plaintiff

Superior Court of Arizona

Maricopa County

CV2020-006946

| | |
|---|---|
| Terrina Picarello,<br><br>            Plaintiff,<br><br>v.<br><br>Gold Sparrow, Inc.; UnbeatableSale.com, Inc.; Walmart, Inc.,<br><br>            Defendants. | No.<br><br>**Complaint**<br><br>**(Product Liability)**<br><br>Tier 3 |

Plaintiff Terrina Picarello alleges the following:

### General Allegations

1.      Plaintiff Terrina Picarello is a single woman who resides in Maricopa County.

2.      Defendant Gold Sparrow Inc. is a California corporation that does substantial business in Arizona, that placed the defective product at issue into the stream of commerce to Arizona, and that caused events at issue to occur in Arizona.

1

3.      Defendant UnbeatableSale.com Inc. is a New Jersey corporation that does substantial business in Arizona, that placed the defective product at issue into the stream of commerce to Arizona, and that caused events at issue to occur in Arizona.

4.      Defendant Walmart Inc. is a Delaware corporation that does substantial business in Arizona, that placed the defective product at issue into the stream of commerce to Arizona, and that caused events at issue to occur in Arizona.

5.      The purchase of the defective product and the injury-causing event complained of herein occurred in Maricopa County.

6.      The amount in controversy exceeds the minimum amount required for jurisdiction of this Court.

7.      This is a Tier 3 because it will involve expert scientific and medical testimony and because it involves substantial damages.

8.      On February 16, 2018, Terrina Picarello purchased two sets of Gold Sparrow Orion Stackable Dining Side Chairs off Walmart.com ("the Product").

9.      On June 25, 2018, Terrina was using one of the Products when it failed, with the chair back breaking nearly entirely free from the seat, resulting in injuries to her.

2

## Count One
### Strict Liability – All Defendants

10.     The Product was unreasonably dangerous in the manner that it was designed and manufactured, and because its warnings were inadequate and defective. These defects existed at the time that it left the various defendants' control.

11.     The Product's design and manufacture were unreasonably dangerous because it allowed for a dislocation of the Product's seat back when used in the usual and foreseeable manner.

12.     A reasonable consumer would not expect these dangers and defects. Specifically, a reasonable consumer would not expect a similar product to freely dislocate.

13.     The Product's warnings were inadequate because they failed to reasonably inform consumers of the risk of dislocation of the seat back.

14.     The Defendants are jointly and severally liable for the Product's defects.

15.     These defects caused Terrina's injuries.

## Count Two
### Negligence – All Defendants

16.     Defendants owed a duty of care to Terrina in designing, manufacturing, labeling, distributing, and selling the Product.

17.     Defendants breached these duties of care to Terrina.

18.     Defendants' breach of their respective duties of care caused Terrina's injuries.

19.     Defendants are each jointly and severally liable for those injuries.

## Count Three
### Res Ipsa Loquitor – All Defendants

20.    The injuries that the Product caused to Terrina are of the kind that ordinarily do not occur absent negligence.

21.    The device was in the Defendants' exclusive control until the time that it was delivered to Terrina.

22.    Terrina did not alter the Product in any manner, nor did she voluntarily act so as to cause her injuries.

23.    Terrina is not in a position to demonstrate the particular circumstances that caused the Product to cause her injuries.

24.    Hence, the Defendants are all jointly and severally liable for their negligence under the doctrine of *res ipsa loquitur.*

### Damages

25.    Defendants' conduct caused Terrina to suffer physical injuries for which she has and will continue to require medical treatment.

26.    Defendants' conduct caused Terrina to suffer, and will continue to cause her to suffer, physical and mental pain and suffering, and temporary and permanent disfigurement and scarring.

27.    Defendants' conduct caused Terrina to sustain a loss of earnings and will likely cause lost earnings in the future.

1

## Prayer

2

Plaintiff Terrina Picarello demands judgment against Defendants awarding her

3

4
general and special damages for her injuries, including her past and future medical care,

5
wage loss, and pain and suffering, and for her taxable costs.

6

Dated this June 16, 2020.

7

8
Shorall McGoldrick Brinkmann

9
By

10
Tom Shorall Jr.

11
Jason J. Boblick
Michelle J. Simpson

12
Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Shorall McGoldrick Brinkmann**
2  1232 east missouri avenue
phoenix, az 85014
3  602.230.5400
602.230.5432 (fax)

4
Tom Shorall Jr., #010456
5  Jason J. Boblick, #026507
Michelle J. Simpson, #020199
6  smb@smbattorneys.com
mjsimpson@smbattorneys.com
7  Attorneys for Plaintiff



COPY

JUN 1 6 2020

CLERK OF THE SUPERIOR COURT
A. SUTTON
DEPUTY CLERK

8

9                    Superior Court of Arizona

10                      Maricopa County

11
Terrina Picarello, a single woman,            No.   CV2020-006946
12
                                              **Certificate of Compulsory**
13              Plaintiff,                     **Arbitration**

14  v.
                                              **(Product Liability)**
15  Gold Sparrow, Inc.; UnbeatableSale.com,
Inc.; Walmart, Inc.,                          Tier 3
16
17              Defendants.

18

19

20        The undersigned certifies that the largest award sought by Plaintiffs, including punitive

21
22  damages, but excluding interest, attorneys' fees, and costs **exceeds** the limits set by Local Rule

23  for compulsory arbitration. This case is not subject to compulsory arbitration as provided in

24  Rules 72 through 77 of the Arizona Rules of Civil Procedure.

25

26

27

28

1

1    Dated this June 16, 2020.

2

3                                    Shorall McGoldrick Brinkmann

4                                    By

5                                       Tom Shorall Jr.
6                                       Jason J. Boblick
                                        Michelle J. Simpson
7                                       Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Shorall McGoldrick Brinkmann
1232 east missouri avenue
phoenix, az 85014
602.230.5400
602.230.5432 (fax)

Tom Shorall Jr., #010456
Jason J. Boblick, #026507
Michelle J. Simpson, #020199
smb@smbattorneys.com
mjsimpson@smbattorneys.com
Attorneys for Plaintiff

COPY

JUN 1 6 2020

CLERK OF THE SUPERIOR COURT
A. SUTTON
DEPUTY CLERK

Superior Court of Arizona

Maricopa County

| Terrina Picarello, a single woman, | No. CV2020-006946 |
|---|---|
| Plaintiff, | **Demand for Jury Trial** |
| v. | **(Product Liability)** |
| Gold Sparrow, Inc.; UnbeatableSale.com, Inc.; Walmart, Inc., | Tier 3 |
| Defendants. | |

Plaintiff, Terrina Picarello, in accordance with Ariz. R. Civ. P. 38, demands a trial by jury on all claims triable to a jury.

Dated this June 16, 2020.

Shorall McGoldrick Brinkmann

By
Tom Shorall Jr.
Jason J. Boblick
Michelle J. Simpson
Attorneys for Plaintiff

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
9/10/2020 12:47:09 PM
Filing ID 11989486

Shorall McGoldrick Brinkmann
1232 east missouri avenue
phoenix, az  85014
602.230.5400
602.230.5432 (fax)

Tom Shorall Jr., #010456
Jason J. Boblick, #026507
Michelle J. Simpson, #020199
smb@smbattorneys.com
mjsimpson@smbattorneys.com
Attorneys for Plaintiff

Superior Court of Arizona

Maricopa County

| | |
|---|---|
| Terrina Picarello, a single woman, | No. CV2020-006946 |
| Plaintiff, | **Motion to Enlarge Time for Service** |
| v. | |
| Gold Sparrow, Inc.; UnbeatableSale.com, Inc.; Walmart, Inc., | (Honorable Daniel Kiley) |
| Defendants. | **[EXPEDITED CONSIDERATION REQUESTED]** |

Pursuant to Rules 4(i) and 6(b), Ariz. R. Civ. P., Plaintiff Terrina Picarello respectfully requests that the Court extend the time for service by sixty (60) days. The current deadline for service of process is September 14, 2020. Plaintiff requests that the new deadline be enlarged by sixty (60) days to November 13, 2020.

Unfortunately, due to the extraordinary circumstances of COVID-19, some Defendants' places of business are closed or do not have individuals at the physical location, further complicating the service of process in a timely manner. In addition, two of the

1

defendants are foreign corporations whom we are attempting to serve via mail. Under the current circumstances surrounding COVID-19, and the limitations presented while varying restrictions remain in place.

Plaintiff requests an extension and also request that the Court issue an Order allowing service to be accomplished pursuant to Rule 4.1(k)(2), Ariz. R. Civ. P. Plaintiff believes she will effectuate service on the Defendants and expects to do so by November 13, 2020. Plaintiff respectfully requests that the Court extend its deadline to serve Defendants to November 13, 2020, to ensure Plaintiff is able to comply with the service deadlines set forth in the Arizona Rules of Civil Procedure.

Dated this September 10, 2020.

Shorall McGoldrick Brinkmann

By /s/ Michelle J. Simpson
      Tom Shorall Jr.
      Jason J. Boblick
      Michelle J. Simpson
      Attorneys for Plaintiff

SHORALL MCGOLDRICK BRINKMAN
1232 E. Missouri Ave.
Phoenix, AZ 85014

CLERK OF THE SUPERIOR COURT
SEP 1 4 2020   FILED
S. Olmos, Deputy

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA**

**TERRINA PICARELLO**

Plaintiff,

vs.

**GOLD SPARROW, INC.; ET AL**

Defendant.

Case Number: CV2020-006946

**CERTIFICATE OF SERVICE**

Received by Rush Attorney & Process Services, Inc. on the 10th day of September, 2020 at 12:12 pm to be served on **WALMART, INC., 3800 N. CENTRAL AVE., SUITE 460, PHOENIX, AZ 85012**.

I, DANA K. JUEL, do hereby affirm that on the **10th day of September, 2020** at **2:37 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COMPLAINT AND CERTIFICATE OF COMPULSORY ARBITRATION; DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **MARIA MARTINEZ CUSTOMER SERVICE REP AUTHORIZED TO ACCEPT SERVICE FOR C T CORPORATION SERVICE SYSTEM** as **STATUTORY AGENT** for **WALMART, INC.**, at the address of: **3800 N. CENTRAL AVE., SUITE 460, PHOENIX, AZ 85012**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**

| | |
|---|---|
| Service Fee (Local) | $60.00 |
| Notary/Aff. Prep. | $8.00 |
| Rush | $30.00 |
| Total | $98.00 |

I certify that I am over the age of 21, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also verify under penalty of perjury that the foregoing is true and correct. Executed on 09/11/2020.

**DANA K. JUEL**
5181

**Rush Attorney & Process Services, Inc.**
**24 W. Camelback Road**
**#A507**
**Phoenix, AZ 85013**
**(602) 725-0516**

Our Job Serial Number: PAD-2020001410
Ref: 051-8182

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

Clerk of the Superior Court
*** Electronically Filed ***
S. Motzer, Deputy
9/21/2020 8:00:00 AM
Filing ID 12015746

Shorall McGoldrick Brinkmann
1232 east missouri avenue
phoenix, az 85014
602.230.5400
602.230.5432 (fax)

Tom Shorall Jr., #010456
Jason J. Boblick, #026507
Michelle J. Simpson, #020199
smb@smbattorneys.com
mjsimpson@smbattorneys.com
Attorneys for Plaintiff

Superior Court of Arizona

Maricopa County

| | |
|---|---|
| Terrina Picarello, a single woman,<br><br>Plaintiff,<br>v.<br><br>Gold Sparrow, Inc.; UnbeatableSale.com, Inc.; Walmart, Inc.,<br><br>Defendants. | No. CV2020-006946<br><br>**Order Extending Time for Service**<br><br>(Honorable Daniel Kiley)<br><br>Tier 3 |

The Court having reviewed and considered Plaintiff's Motion to Enlarge Time for Service, and good cause appearing;

**IT IS ORDERED** granting the Motion and extending the time for service of the Defendants from September 14, 2020 to **November 13, 2020**.

DATED _____.


_____
Superior Court Judge Daniel J. Kiley

1

Filing ID: 12015746   Case Number: CV2020-006946
Original Filing ID: 11989486

---

**Granted with Modifications**



/S/ Daniel Kiley Date: 9/18/2020

Judicial Officer of Superior Court

# ENDORSEMENT PAGE

CASE NUMBER: CV2020-006946

SIGNATURE DATE: 9/18/2020

E-FILING ID #: 12015746

FILED DATE: 9/21/2020 8:00:00 AM

MICHELLE D JOHNSON

GOLD SPARROW INC
NO ADDRESS ON RECORD

UNBEATABLESALE.COM INC
NO ADDRESS ON RECORD

WALMART INC
NO ADDRESS ON RECORD

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
11/12/2020 3:14:12 PM
Filing ID 12213799

1

Shorall McGoldrick Brinkmann

2
1232 east missouri avenue
phoenix, az  85014
3
602.230.5400
602.230.5432 (fax)
4

Tom Shorall Jr., #010456
5
Jason J. Boblick, #026507
Michelle J. Simpson, #020199
6
smb@smbattorneys.com
mjsimpson@smbattorneys.com
7
Attorneys for Plaintiff

8

9                         Superior Court of Arizona

10                          Maricopa County

11

Terrina Picarello, a single woman,          No. CV2020-006946
12

13              Plaintiff,                   **Affidavit of Service by Certified**
v.                                           **Mail**
14

15
Gold Sparrow, Inc.; UnbeatableSale.com,     (Honorable Daniel Kiley)
16
Inc.; Walmart, Inc.,

17              Defendants.

18

19          I, Jason J. Boblick, attorney for Plaintiff, make this Affidavit to show that I have served

20   copies of the Summons; Complaint, Certification of Compulsory Arbitration and Demand

21   For Jury Trial on Defendant UnbeatableSale.com, Inc. at 195 Lehigh Avenue, Suite 5,

22
Lakewood, New Jersey, 08701 on October 2, 2020.
23

24          The Summons; Complaint, Certification of Compulsory Arbitration and Demand For

25   Jury Trial listed above were received by the other party as shown by the receipt, the original of

26   which is attached to this Affidavit as Exhibit A.

27

28

1

I swear or affirm under penalty of perjury that the contents of this Affidavit are true and correct to the best of my knowledge and belief.

11/12/2020
_____
Date

_____
Jason J. Boblick, Esq.
Attorney for Plaintiff

STATE OF ARIZONA

COUNTY OF MARICOPA

Subscribed and sworn to or affirmed before me this: 11/12/2020 , by Jason J. Boblick, Esq.

Notary Public State of Arizona
Maricopa County
Christina Rene Verdino
My Commission Expires 06/13/2021

(Notary seal)

11/12/2020
_____
Date

_____
Notary Public

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNBEATABLESALE.COM INC.
195 LEHIGH AVENUE, STE.5
LAKEWOOD, NJ 08701

9590 9402 3684 7335 5442 42

2. Article Number (Transfer from service label)

7015 1520 0000 8802 4747

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

10/2/2020

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



USPS TRACKING #

9590 9402 3684 7335 5442 42

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

SHOSHL MCGOLDRICK BRINKMANN
1232 E. MISSOURI AVENUE
PHOENIX, AZ 85014

RECEIVED
OCT 1 3 2020

BY: ..........

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNBEATABLESALE.COM INC.
195 LEHIGH AVENUE, STE. 5
LAKEWOOD, NJ 08701

9590 9402 3684 7335 5442 42

2. Article Number (Transfer from service label)

7015 1520 0000 8802 4747

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

10/2/2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   ($0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #

9590 9402 3684 7335 5442 42

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

SHORAL McGOLDRICK-BRINKMANN
1232 E. MISSOURI AVENUE
PHOENIX, AZ 85014

RECEIVED
OCT 1 3 2020

BY: ......................

Clerk of the Superior Court
*** Electronically Filed ***
T. Hays, Deputy
11/12/2020 2:48:50 PM
Filing ID 12213557

1

2   Jay Jacobson (No. 017288)
    LIBERTY MUTUAL GROUP FIELD LEGAL OFFICES
3   P.O. Box 7218
    London, KY  40742
4   602-7070-4578
    PhoenixLocal@LibertyMutual.com
5   Attorney for Defendant Gold Sparrow, Inc.

6

7               IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8                   IN AND FOR THE COUNTY OF MARICOPA

9
    TERRINA PICARELLO, a single          NO. CV2020-006946
10  women,

11                  Plaintiff,           ACCEPTANCE OF SERVICE OF THE
                                         COMPLAINT BY GOLD SPARROW, INC.
12      vs.

13  GOLD SPARROW, INC.;
    UNBEATABLESALE.COM, INC.;
14  WALMART, INC.,

15                  Defendants.

16          Pursuant to Ariz. R. Civ. P. 4(f)(2), counsel for Defendant Gold Sparrow, Inc.

17  hereby accepts service of process of the Complaint in this case effective November 12,

18  2020.

19
            November 12, 2020.
20

21                      LIBERTY MUTUAL GROUP FIELD LEGAL OFFICES

22
                        By/s/ Jay Jacobson
23                        Jay Jacobson
                          P.O. Box 7218
24                        London, KY  40742
                          Attorney for Defendant Gold Sparrow, Inc.
25

26

27

28